**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **CR-06-94-R** |
| | )    **CIV-08-289-R** |
| **BRITO CASTRO BOLIVAR,** | ) |
| | ) |
|     **Defendant.** | ) |

## JUDGMENT

In accordance with the Order entered this 25th day of March, 2008, it is ORDERED, ADJUDGED and DECREED that Plaintiff have judgment in these 28 U.S.C. § 2255 proceedings.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE